UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT SPENCER and DEBRA SMITH,

     Plaintiffs,

v.                                        Case No: 8:19-cv-2386-T-36CPT

ALLIED SOLUTIONS, LLC, SECURE
COLLATERAL MANAGEMENT, LLC
and GTE FEDERAL CREDIT UNION,

     Defendants.

_____/

**O R D E R**

Before the Court is the Stipulated Notice of Voluntary Dismissal without Prejudice (Doc. 14).   In accord with the Stipulated Notice of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

     1)     The Stipulated Notice of Voluntary Dismissal without Prejudice is **APPROVED** (Doc. 14).

     2)     This cause is dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

     3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

     **DONE AND ORDERED** in Tampa, Florida on November 4, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record